UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
CASE: 2:10-CV-2342 KJN PC
COMPLAINT LETTER - NOTICE
TO ALL DEFENDANTS HEREIN


FILED
AUG 31 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

I, The Undersigned hereby serve Notice on the following, officers listed below and Summons The Grand Jury for a Criminal/Civil complaint to be filed against Defendants for violations of Title 18 United States Code §656 THEFT;

<u>Defendants:</u>

Lt. Steve Putnam                A/W J. BELL
Lt. Cameron Brigham             DSCC Administrator
C/o. Joey Garza
Lt. Z. Morgan
C/o. J. Harris

## 1. NATURE OF THE CASE

1. On or about November 14, 2009 Lt. Cameron Brigham stole some privately owned property from Thomas L. Davis #20021-039 and Never returned any of it back to its owner. Since that time he's been telling false statements concerning said property; Missing Items are listed below with costs:

Jwin Radio with Sony MDR-J10 Earbuds  $38.30
Spanish/English Dictionary  $2.10
Address Books  $.75
Shower Shoes Large WH  $3.40
Tone Soap, Neutrogena Soap, Dove Soap, Suffer 8 Shampoo  $8.85
Shave Cream A/F, Heritage Foot Pow., Foot Cream, Address Book  $7.25

Page 1                    Sub. Total: $60.55

## 2. NATURE OF THE CASE

2. On or about December 21, 2009 officer J. Harris, made these statements to me: "I, Packed up your property and I observed these Items below:
1 Casio Calculator
1 Grey Du-Rag
4 Yellow Legal Pads
1 Koss CL 3 Earbuds
1 Plastic Clear Mug
1 Sweat Pants
1 Plastic Mirror
8 NOTE BOOK FULL OF LAW CASES
1 CUP
1 COMB
1 Pick
I did not pack many of the items listed, I Left them in the cell, however the other Items I Threw away or Conceited as waste and Confiscated for different purposes... This is my true Statement to you Mr. Davis." On or about June 7, 2010 at 8:18 A.M. C/o J. Harris was working and made this Comment to mr. Davis: "Yeah I Threw your property away" and I got word that They denied your tort claim, and I got down on your property and you can not get back at all."

## 3. NATURE OF THE CASE

3. On or about December 22, 2009 Lieutenant Steve Putnam was made informed: "Half of My Legal Property is missing in 6A-119 and my old Celly has my Legal Material and my Stamps and other Legal mail materials Can you Please get my Properties from him - Please?"

Page 2

## 4. NATURE OF THE CASE

4. On or about June 21, 2010 I was informed by A/W J. Bell That I am a "22" point medium level inmate awaiting a management-variable for greater security based on your negative behavior while in the Federal Bureau of Prisons and thus, inappropriate- for transfer to a Federal Correctional Institution... In - summary, per the Designation and Sentence Computation Center and for security reasons you will remain in the Special Housing Unit until a transfer can be submitted in December 2010..."

## 5. NATURE OF THE CASE

5. On or about June 30, 2010 Lieutenant Steve Putnam wrote a False Statement on a official Document in The attempt too - exaggerate a False Statement as being the truth and with this in mind he's trying to meet the standards as to make my security level go back up to "24" for USP Status, And by Issuing Fake Shots it is affecting My Prison sentence as well, When They take My Good Conduct Time and push my out date Further away.

## 6. NATURE OF THE CASE

6. On or about June 21, 2010, According to A/W J. Bell, "A review of your Case indicates that your Unit Team submitted a Closer Supervision transfer to the Designation and Sentence Computation Center on 1-21-2010, however, it was denied based on your multiple transfers in the past Two years. The DSCC informed USP Atwater to resubmit another transfer after you served 12 months in SHU..." This is - Clearly Attempt Murder, Seeing That I have Separatees at- This Facility

## 7. JURISDICTION - CIVIL REMEDY

7. Pursuant to 18 U.S.C. § 1595(a): "An individual who is a victim of a violation of section 1589, 1590, or 1591 of this Chapter may bring a civil action against the perpetrator in an appropriate district Court of the United States and may recover damages and Reasonable attorneys fees."

## 8. PARTIES LOCATIONS

DSCC
Grand Prairie office Complex
U.S. Armed Forces Reserve Complex
346 Marine Forces Drive
Grand Prairie, TX.  75051

A/w J. Bell, Lt. Steve Putnam
Lt. Cameron Brigham, C/o Joey Garza
Lt. Z. Morgan, C/o J. Harris
United States Penitentiary - Atwater
1 Federal Way, P.O. Box 019000
Atwater, California  95301

VICTIM, Thomas L. Davis #20021-039
United States Penitentiary - Atwater
1 Federal Way, P.O. Box 019001
Atwater, California  95301

## 9. LAWSUITS

9. NO.                                      Page 4

## 10. RELIEF - FINED

10. 42 U.S.C.S. § 1983 is derived from §1 of the Civil Rights Act of 1871 and is intended to create a species of tort liability in favor of persons deprived of federally secured Rights. See, Smith v. Wade, 103 S.ct. 1625 (1982), Punitive damages awards in tort cases do not require a Showing of actual Malicious intent. See Smith v. Wade, 75 L.Ed.2d 634 and 638 (1983), "Over the Centuries the Common law of torts has developed a set of rules to implement the principle that a person Should be Compensated fairly for injuries - Caused by the violation of his legal rights. These elements of damages and the prerequisites for their recovery, provides the appropriate starting - point for the inquiry under §1983 as well. Adickes v. S.H. Kress & Co., 398-U.S. 144, 231-232, 26 L.Ed.2d 142, 90 S.ct. 1598 (1970). Petitioner/victim Prays for The Grand Jury to hear his Complaint and Place the Criminal Action in Motion and Presecute These Defendants - for civil violations and set forth $35,000 From each of The Defendants and as fairly as The laws requires, Lower - My Security Level and Send The Petitioner/victim Back to Michigan, F.D.C. Milan as a Permanent Transfer for the - Duration of his Federal Sentence.

## 11. DECLARATION

I, Thomas L. Davis, The victim to this Criminal Action swear under the penalty of 18 U.S.C.S. § 1621(1) perjury That This Criminal Complaint is True and Correct According to The officer to which Sent me The Information.

RESPECTFULLY,

Signed This 29th day of August, 2010. /s/ Thomas L. Davis

                                     Thomas L. Davis 20021-039
                                     United States Penitentiary
                                     1 Federal WAY
                                     P.O. Box 019001
                                     Atwater, California 95301
                                     Petitioner/victim

## 12. JURY TRIAL

12. Petitioner Requests That a Jury trial be Summons to decide What Kind of Relief Should be granted to this Petitioner/victim.

I, certify That this is a True Copy Served upon The Defendants by U.S. mail.

                                     Thomas L. Davis
                                     Thomas L. Davis Victim
                                     Dated: 8/29/2010