UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
DEC 30 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Thomas L. DAVIS,
    Plaintiff,

v.

Steve Putnam, et al.,
    Defendants.

Civil No. 1:10-CV-01655-DLB PC

AMENDED COMPLAINT

Plaintiff's Arguement to The Court in Caselaws Stating a Claim for Relief to be Granted Per Laws.

## 1. Background:

Plaintiff is a United States Citizen That violated the law and is confined in USP Atwater illegally and seeked to redress This Court on That Issue later on... This Action is from a Tort Claim Action, whereas Federal Government Employees Destroyed Plaintiff's Property without any due process. Plaintiff is entitled to relief Pursuant to;

"28 C.F.R. Part.14 (C): In support of Claims for damage to property which is not economically repairable, or if the property is Lost or destroyed."

Plaintiff's Amended Complaint is Going to happen within This Response Such as: Defendant Steve Putnam is not a defendant in This Case Request to Strike him and Defendant Z. Morgan off of This civil action, Plaintiff is Requesting This U.S. District Court Refer All of The rest as "United States Actors" not as FBOP not even officers due to 28 U.S.C. §§ 1346(a),(b)(1) and 2674.;

## 2. Liberty Interest:

U.S. Constitution Article 14 Says This:

-1-

Nor shall any State deprive any person of life, Liberty, or property, without due process of law"; The enjoy the protections of Due process. See, <u>Wolff v. McDonnell</u>, 418 U.S. 539 (1974); Citing, <u>Turner v. Safley</u>, 482 U.S. 78 (1987).

Statutes or administrative regulations may provide a limit. e.g., <u>Tate v. Carlson</u>, 609 F.Supp. 7 at 10 (S.D. N.Y. 1984), Federal prison regulations requires That prisoners be released to general population or Transferred within 90 days.; "Pursuant to Program Statement - 5100.08, Chapter 7, page 22", States:

"Transfers as a result of an investigation that indicates a safety, security, or escape risk. Includes verified and unverified Protection Cases," CODE 323.;

Defendant John Bell Statement From June 21st, 2010 was:-

"The DSCC informed USP Atwater to resubmit another transfer after you serve 12 months in SHU."

"Now on 12/21/2009 I was Locked up from a alleged Threat on my Life, So my Unit Manager J. DeVere and My Unit Counselor at That Time was W. VanHorn, had me locked up and I've been on Protective Custody verified Status because of My alleged Separtees in This Facility."

## 3. OBJECTIONS TO SECURITY LEVEL:

Prison officials must take reasonable measures to protect prisoners from assault by other inmates, See, <u>Farmer v. Brennan</u>, 114 S.CT. 1970 (1994); <u>Goka v. Bobbitt</u>, 862 F.2d 646-

-2-

(7th Cir. 1988); <u>Dace v. Solem</u>, 858 F.2d 385 (8th Cir. 1988); <u>Stokes v. Delcambre</u>, 710 F.2d 1120 (5th Cir. 1983); <u>Fisher v. Koehler</u>, 692 F.Supp. 1519 (S.D.N.Y. 1988), aff'd, 902 F.2d 2- (2d Cir. 1990). If They fail to do so, Courts may award damages to injured prisoners. See, e.g., <u>Wright v. Jones</u>, 907 F.2d 848 (8th Cir. 1990); <u>Mayberry v. Walters</u>, 862 F.2d 1040 (3rd Cir. 1990). Plaintiff is entitled to Relief and a Jury Trial to show Equal Justice is being served on both Plaintiff and Defendant, Not Just The Courts. "A prisoner who is in danger need not wait until an assault has occurred before obtaining relief." <u>Farmer v. Brennan</u>, 114 S.Ct. 1983- (1994).

## 4. STATEMENT OF CLAIMS:

The United States District Court have Personal and subject matter Jurisdictions over This Civil rights Complaint and seeing that This action is Totally Federal and The District Court is bound by The U.S. Constitution to Protect The People of The United States of America even all prisoners as well. The 14th Amendment is being violated by Defendants J. Harris, C. Brigham, By destroying my Legal and personal Property without serving plaintiff any Notices or even Letting the plaintiff have the opportunity to either send it Home or Donate it or Repair it or storage it. PLEAS FOR Plaintiff's 305 Page book of his whole Life with Pictures of his own Deceased Son and Deceased Father is all That matter too-him and They are gone along with 4 years of hard work of 800 plus Picture. I am entitled to Relief from Defendant Harris from destroying My Personal Property. Or Order This facility to pay me for what officer J. Harris Destroyed without due process or notice Pursuant to appropriations available to that Agency.

-3-

## 5. DUE PROCESS - PROPERTY:

The Due process Clause protects prisoners from being deprived of property without due process of law, <u>Wolff v. McDonnell</u>, 418 U.S. 539-556 (1974), and prisoners have a protected interest in their personal property, <u>Hansen v. May</u>, 502 F.2d 728, 730 (9th Cir. 1974). HOWEVER, - The plaintiff has Filed Federal Tort Claims on These matters TRT-WXR-2010-06122 and Still no Recoups on neither, So I brought it to The U.S. District Court for redress of My Claims.

## 6. SECURITY ISSUES:

Plaintiff was not Suppose to be in USP Atwater in the First-place due to his Separtees on This Compound and This makes The F.B.O.P. Look bad When They ignores The Red Flag in my Central files dealing, while on Transfer Status. My Separ-tees were here before around 9-23-2009, I Just Got attacked by one of Them Leandre K. Sharpe #31390-007, Sexually Assaulted me and Then Stabbed me 12 to 36 Times repeatedly and almost Killed me and I am in "serious - imminent Danger" in This Facility.

## 7. INJURIES UNDER FEDERAL LAWS:

Pursuant to 28 USC §1357. "The district Courts Shall have original-Jurisdiction of any civil action Commenced by any person to recover - damages for any injury to his person or property on account of any act done to him." Plaintiff Request That a Jury Trial be set in place to hear both sides of This Civil Action and Judge The Evidence That is The Affidavit of Plaintiff's and Grant him The Relief.

## 8. PRAYER FOR RELIEF:

Pursuant to 28 U.S.C. § 2672. Administrative adjustment of Claims,- Relief.

"Any award, compromise, or settlement in an amount of $2,500 or less made pursuant to this Section shall be paid by the Head of The Federal Agency Concerned out of appropriations available to That Agency." However, Plaintiff is entitled to a Trial by a Jury, and to be recoup for his Loss. or settle out for $5,000.00. "AFFIDAVIT is Attached."

I swear under 28 U.S.C. § 1746(2) penalty of perjury and I will Testify That The Factual Action is true and Correct.

Date: 12/29/2010

Respectfully Submitted,
*Thomas L. Davis*
Thomas L. Davis #20021-039
United States Penitentiary
1 Federal Way, P.O. Box 019001
Atwater, CA. 95301

cc: file

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Thomas L. Davis,　　　　　　　　　　CASE No. 1:10-CV-01655-DLB-PC
　　　　Plaintiff,
v.　　　　　　　　　　　　　　　　　AFFIDAVIT OF PLAINTIFF
Steve Putnam, et al.,
　　　　Defendants.　　　　　　　　DEPOSE TO FACTS

I, Thomas L. Davis, being first duly, sworn and solemnly swear as follow:

1. That I am a Federal inmate at USP Atwater and That I am The Plaintiff of The above civil Complaint.

2. On or about 12/21/2009 C/o J. Harris admits to destroying My Legal and Personal Property with This Statement: "I did not pack many of The Items listed, I Left Them in the Cell and in the office However, The underlined Items I Threw away or Confiscated for different purposes." I filed a Tort Claim: TRT-WXR-2010-06122;

3. on or about 11/14/2009 Lt. Cameron Brigham took my Property away and a Jwin Radio, Webster's worldwide Dictionary, Sony MRD-J10 Earbuds, Address Books, Tone Soap, Dove Soap, Heritage Roll-on, Foot-Cream, Heritage Foot Powder, Shower Shoes Large WH, Neutrogena Soap, Shave Cream A/F, Sulfur 8 Shampoo, 2 Books of Stamps, I never got any of it back. I Filed a Tort Claim: TRT-WXR-2010-06122;

4. On or about 3/10/2010 at approximately 8:05 a.m. The Unit Case manager Chris Liwag told this prisoner That "Grand Prairie Denied your transfer and you have too stay at USP Atwater for 12 months;

5. on or about 9-14-2010 at 1:27 P.M. and 3:30 P.M. I was Raped and stabbed by another inmate with a knife;

-1-

6. on or about 12/17/2010 Defendant Steve Putnam Placed a sign on Plaintiff's Door Stopping his U.S. Mail from being-mailed out to This Honorable U.S. District Court and the sign says "I/m Gets Nothing "Nothing" PER SIS ALL MAIL to SIS"!;

7. on or about 12/24/2010 officers called Themself-Making me Suffer for filing This Civil Complaint They-are messing over me by Taking my rations and messing over my Foods and on Christmas They Forced me into not eating my meals by letting another inmate Spit into my Foods and They served it to me and They said "That was for Steve Putnam our Conrad".;

8. Compensation must be allowed for all of The injurious con-sequences flowing from the Original injury; Plaintiff is in-"imminent Serious Danger" of being Killed in USP Atwater;

I, Declare under 28 U.S.C.§ 1746(2) penalty of Perjury that The Facts herein are True and Correct to my Belief.

Respectfully Submitted,
Thomas L. Davis Plaintiff

DATED: 12/29/2010

Thomas L. Davis 20021-039
USP ATWATER-SHU-C128
1 FEDERAL WAY
P.O. Box 019001
ATWATER, CA. 95301

-2-